**Order entered July 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00766-CV

## IN THE INTEREST OF S.M.B., A CHILD

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-51444-2008**

## ORDER

Before the Court is appellant's June 29, 2015 motion to transfer this case to the Eighth District Court of Appeals at El Paso where a related case is pending under appellate cause number 08-15-00144-CV.  Pursuant to the procedure set forth in *Miles v. Ford Motor Co.*, 914 S.W.2d 135, 137 n.2 (Tex. 1995) (per curiam), the Court is referring the motion to transfer the case to the Texas Supreme Court.  Although we question whether there is a reviewable order, we conclude the matter is significantly related to the appeal pending with the El Paso Court of Appeals.  For this reason, the Fifth District Court of Appeals does not object to the transfer of this case.

/s/  CAROLYN WRIGHT
   CHIEF JUSTICE